No. 255. UNITED STATES *v.* U. S. THERMO CONTROL CO. ET AL. Ct. Cl. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Philip R. Miller* for the United States. *Daniel M. Gribbon* and

840

*William H. Allen* for respondents.

